PROB 12C
(7/93)

Report Date: June 6, 2013

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 11 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adam Troy Baker     Case Number: 2:07CR02118-001

Address of Offender: Homeless

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: November 4, 2008

Original Offense:     Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence:    Prison - 57 Months;      Type of Supervision: Supervised Release
                      TSR - 36 Months

Asst. U.S. Attorney:  James P. Hagarty         Date Supervision Commenced: June 28, 2012

Defense Attorney:     Rebecca Pennell          Date Supervision Expires: June 27, 2015

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.
 | **Supporting Evidence**: On April 14, 2013, Mr. Baker was cited by the Spokane Police Department for having and consuming liquor in public. Mr. Baker reported this citation to his supervising probation officer and explained that others around him were consuming alcohol, but he was not. On May 28, 2013, Spokane County Municipal Court found Mr. Baker guilty of the offense and fined him $155 (case number W00027882).
 | On June 5, 2013, Mr. Baker turned in his monthly supervision report. On this report, he indicated that he had police contact during the previous month, but did not elaborate. A review of his criminal history record revealed that on May 11, 2013, Mr. Baker was arrested by the Spokane Police Department and charged with count 1: harassment; count 2: possession of a dangerous weapon; and count 3: obstructing an officer (case number W00027882).

Prob12C
Re: Baker, Adam Troy
June 6, 2013
Page 2

| | |
|---|---|
| 2 | **Standard Condition #11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.<br><br>**Supporting Evidence**: Mr. Baker failed to report his arrest on May 11, 2013, until he turned in his monthly supervision report on June 5, 2013. |
| 3 | **Special Condition #15**: You shall abstain from the use of alcohol and illegal controlled substances, and shall submit to urinalysis testing, including Breathalyzer testing, as directed by the supervising probation officer.<br><br>**Supporting Evidence**: On April 14, 2013, Mr. Baker was cited by the Spokane Police Department for having and consuming liquor in public. On May 28, 2013, Spokane Municipal Court found Mr. Baker guilty of the offense and fined him $155 (case number W00027882).<br><br>On May 11, 2013, Mr. Baker was arrested by the Spokane Police Department and charged with count 1: harassment; count 2: possession of a dangerous weapon; and count 3: obstructing officer (case number W00027882). As outlined in the police report, Mr. Baker was found consuming a beer at the STA Plaza. During his arrest, Mr. Baker possessed a knife and officers noted that he demonstrated characteristics consistent with intoxication. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/06/2013

s/M.D. Elvin

M.D. Elvin
Deputy Chief U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

6/11/13
Date