PROB 12C
(7/93)

Report Date: June 27, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**JUN 28 2013**

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adam Troy Baker          Case Number: 2:07CR02118-001

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: November 4, 2008

Original Offense:     Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence:    Prison - 57 Months;          Type of Supervision: Supervised Release
                      TSR - 36 Months

Asst. U.S. Attorney:  Alison L Gregoire             Date Supervision Commenced: June 28, 2012
                      James P. Hagarty

Defense Attorney:     Rebecca Pennell               Date Supervision Expires: June 27, 2015

---

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on June 6, 2013.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #2**: The offender shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On June 11, 2013, Mr. Baker was cited for criminal trespass first degree. According to the incident report (case number 13-802885), Mr. Baker has been trespassed from the Spokane Transit Authority plaza until November 2013. Mr. Baker was contacted at the plaza by a special commissioned officer and arrested for trespassing. |

Case 2:07-cr-02118-RHW   Document 91   Filed 06/28/13

Prob12C
Re: Baker, Adam Troy
June 27, 2013
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   6/27/2013

s/Patrick J. Dennis

U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[✓]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Other

Signature of Judicial Officer

6/28/13
Date